CLYDE BROWN v. THE STATE.

No. 17932. Delivered February 19, 1936.

The opinion states the case.

*W. T. Davis,* of San Augustine, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—Assault with intent to murder is the offense; penalty assessed at confinement in the penitentiary for five years.

The legal questions involved are the same as those discussed in the companion case of Willis Murphy v. State, No. 17,931 (page 623 of this volume), this day affirmed. For the same reasons the judgment in the present instance is affirmed.

*Affirmed.*